UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Petitioner )<br>)<br>V.      )<br>)<br>JOSEPH BIOTTI III )<br>)<br>        Respondent ) | M.B.D. No. |

### AFFIDAVIT OF REVENUE OFFICER

I, Susan Samaha, Revenue Officer of the Internal Revenue Service, state that the facts alleged by Michael Sullivan, United States Attorney for the District of Massachusetts, in the Petition to Enforce the Internal Revenue Service Summons which was served on Joseph Biotti III, are true to the best of my knowledge and belief.

_____
Revenue Officer
Internal Revenue Service

Subscribed and sworn to before me at __Southboro__
Massachusetts on the __1st__ day of __June__, 200__4__.

_____
NOTARY PUBLIC

My Commission expires: __4/15/05__