UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner,<br><br>v.<br><br>JOSEPH BIOTTI, III,<br>Respondent. | 2004 SEP 29  A 10: 26<br><br>U.S. DISTRICT COURT<br>DISTRICT OF MASS.<br>M.B.D. No. 04-10243-JGD |

## MOTION TO WITHDRAW PETITION
## TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court to withdraw its Petition to Enforce Internal Revenue Summons which was filed with this Court on September 7, 2004. This Court issued an Order to Show Cause for the respondent to appear before the Court on November 19, 2004 at 2:15 pm. No service has been made.

The petitioner now seeks to withdraw its petition because the respondent, James Biotti, III, has complied with the Internal Revenue Service Summons.

Respectfully submitted:

MICHAEL J. SULLIVAN,
United States Attorney

By: /s/ Patricia M. Connolly
PATRICIA M. CONNOLLY
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

Dated: September 29, 2004