# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**U.S. Department of Justice**
**United States Marshals Service**

FILED
IN CLERKS OFFICE

2004 SEP 28 P 3 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | MBD #04-MC-10243 JGD |
| **DEFENDANT** | **TYPE OF PROCESS** |
| JOSEPH BIOTTI, III | ORDER TO SHOW CAUSE |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

James Biotti,

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** — 15 Minutemen Lane, Wellesley, MA 02181

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Patricia M. Connolly, AUSA
U.S. Attorney's Office
1 Courthouse Way - Suite 9200
Boston, MA 02210

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve on or before  10/15 , 2004.

Signature of Attorney or other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: (617) 748-3282
DATE: 9/7/04

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date: 9/15/04 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 9/21/04   Time: N/A am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS: Def. declined to accept/refused info relayed from US Atty's office RWDS

**PRIOR EDITIONS MAY BE USED** — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Petitioner, )<br>v. )<br>)<br>JOSEPH BIOTTI III, )<br>)<br>Respondent. ) | MBD NO. 04-mc-10243 |

## ORDER TO SHOW CAUSE

Upon the Petition, the Exhibit(s) attached thereto, including the Affidavit of Susan Samaha, Revenue Officer of the Internal Revenue Service, and upon the motion of Michael Sullivan, United States Attorney for the District of Massachusetts, it is

ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned in Courtroom #15 on the 5th floor, on the 19th day of November, 2004, at 2:15 P.M., to show cause why he should not be compelled to obey the Internal Revenue Service Summons served upon him on February 12, 2004. It is further

ORDERED that a copy of this Order, together with the Petition and Exhibit(s) thereto, be personally served upon Joseph Biotti III on or before November 5, 2004. It is further

ORDERED that within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition.

DATED at Boston, Massachusetts on this 10th day of September, 2004.

Judith Gail Dein
United States Magistrate Judge

4